# UNITED STATES BANKRUPTCY COURT
for the
District of Minnesota

JOSEPH S DESTASIO, JR
4191 WILLARD RD
DULUTH, MN 55803

Chapter 13
Case No.: 05-51568-RJK
SS #1: XXX-XX-9038

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 10 | 05 | The Plan was confirmed on | | 12 | 22 | 05 | The Case was concluded on | | 11 | 28 | 06 |

Dismissed After Confirmation

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $ 2,880.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| VIKING RECOVERY | 001 | Secured | 1,600.00 | 300.13 | 0.00 | 1,299.87 |
| ST LOUIS COUNTY AUDITOR | 003 | Secured | 6,021.00 | 1,128.93 | 0.00 | 4,892.07 |
| WILLIAM SHELTON | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AAA COLLECTIONS | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AMERICAN CASH 2 GO | 008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL/HOUSEHOLD | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL NATIONAL BANK | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RCB - RANGE CREDIT BUREAU | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHECKRITE | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOUNT LOAN CENTER | 016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DIVERSIFIED ADJUSTMENT SE | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIGIS, INC. | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RCB - RANGE CREDIT BUREAU | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHECK RITE LTD | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| HOUSEHOLD | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BENEFICIAL/HOUSEHOLD | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RCB - RANGE CREDIT BUREAU | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LITEHOUSE MOTORS | 024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| MCALLISTER & ASSOCIATES | 025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| NORTH SHORE AGENCY, INC. | 026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PAYDAY USA | 028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTLAND MANOR LLC | 029 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QWEST COMMUNICATIONS | 031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 032 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHERMAN ACQUISITION LLC | 034 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SMDC - ST MARYS/DULUTH CL | 035 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPRINT PCS | 037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ST LOUIS COUNTY ATTORNEY | 038 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RCB - RANGE CREDIT BUREAU | 039 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TITLE LOAN CO | 040 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| USA CASH SERVICES | 041 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON WIRELESS | 042 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILLIAM SHELTON | 043 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WILLIAM SHELTON | 044 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WISCONSIN TITLE LOAN | 045 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SPEEDY LOAN CORPORATION | 001 | Unsecured | 346.18 | 0.00 | 0.00 | 346.18 |
| MN CHILD SUPPORT PAYMENT | 010 | Priority | 1,862.04 | 0.00 | 0.00 | 1,862.04 |
| WEINSTEIN & RILEY, P.S. | 011 | Unsecured | 351.01 | 0.00 | 0.00 | 351.01 |
| WEINSTEIN & RILEY, P.S. | 002 | Unsecured | 1,041.08 | 0.00 | 0.00 | 1,041.08 |
| ORMAN NORD SPOTT & HURD | 003 | Unsecured | 150.00 | 0.00 | 0.00 | 150.00 |
| MEMBERS COOPERATIVE CREDI | 004 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| RESURGENT CAPITAL SERVICE | 005 | Unsecured | 460.76 | 0.00 | 0.00 | 460.76 |
| RESURGENT CAPITAL SERVICE | 006 | Unsecured | 2,735.93 | 0.00 | 0.00 | 2,735.93 |
| CREDIT ACCEPTANCE CORP | 008 | Unsecured | 8,115.81 | 0.00 | 0.00 | 8,115.81 |
| CHECK 'N GO | 009 | Unsecured | 406.50 | 0.00 | 0.00 | 406.50 |

# UNITED STATES BANKRUPTCY COURT
for the
District of Minnesota

JOSEPH S DESTASIO, JR
4191 WILLARD RD
DULUTH, MN 55803

Chapter 13
Case No.: 05-51568-RJK
SS #1: XXX-XX-9038

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | MO. | DAY | YR. | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 10 | 10 | 05 | The Plan was confirmed on | 12 | 22 | 05 | The Case was concluded on | 11 | 28 | 06 |

Dismissed After Confirmation

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 2,880.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| JOSEPH S DESTASIO, JR | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 7,621.00 | 1,862.04 | 13,607.27 | 0.00 | 0.00 | 23,090.31 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,429.06 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429.06 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,429.06 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| PETER C. GREENLEE | 1,250.00 | 1,250.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 0.00 | 200.94 | 0.00 | 200.94 |

/s/ Michael J. Farrell

Michael J. Farrell

United States Bankruptcy Court
for the
District of Minnesota

In Re: JOSEPH S DESTASIO, JR                                      Case Number: 05-51568-RJK

Certificate of Service

The undersigned certifies, under the penalties of perjury, that a copy of the attached Final Report in the above case number was mailed, in sealed envelope, bearing first class postal indicia, or was delivered personally to the following:

JOSEPH S DESTASIO, JR
4191 WILLARD RD DULUTH, MN 55803

Dated: ___06/15/2007___

_____

Copy for:

    CLERK OF BANKRUPTCY COURT
    416 US COURTHOUS
    515 W 1ST ST
    DULUTH, MN 55802

0508-50-EPIEXX-00014082-88752